**Charles W. CAHILL, as Guardian of Harry A. Cahill, Incompetent, Appellant, v. UNITED STATES of America, Appellee.**

No. 6721.

Circuit Court of Appeals, Sixth Circuit.

Jan. 12, 1937.

Henry J. McGinness, of Cleveland, Ohio, for appellant.

E. B. Freed, U. S. Atty., and Frank Wiedemann, Asst. U. S. Atty., both of Cleveland, Ohio.

994

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing that there is substantial evidence to support the finding of the trial court that the appellant's ward, Harry A. Cahill, did not become permanently and totally disabled during the life of the policy sued on,

It is ordered that the judgment be affirmed.